IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN ENGLISH,

    Plaintiff,

vs.

RELIASTAR LIFE INSURANCE COMPANY,

    Defendant.

No. C 05-4805 MEJ

**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY TO PLAINTIFF'S MOTION TO REMAND HEARING ON MARCH 2, 2006**

Plaintiff's Motion to Remand is scheduled for a hearing on March 2, 2006. On February 27, 2006, Defendant submitted a letter brief requesting to appear telephonically at the March 2, 2006, hearing. Good cause appearing the hereby GRANTS defendant's request. Defendant's are hereby ORDERED to call 415-522-4699 at 10:00 a.m. on March 2, 2006.

**IT IS SO ORDERED.**

Dated: February 28, 2006

MARIA-ELENA JAMES
United States Magistrate Judge