E. Gerard Mannion (State Bar # 77287) gmannion@sbcglobal.net
Wesley M. Lowe (State Bar # 111761) wlowe@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiff
SUSAN ENGLISH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN ENGLISH,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY, ING, and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. C 05-04805 MEJ<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER [PROPOSED] |

## STIPULATION

It is hereby stipulated by and between the parties hereto, through their counsel of record, the undersigned, that the Initial Case Management Conference scheduled for March 23, 2006 be continued to May 4, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 14, 2006

                                      MANNION & LOWE
                                      A Professional Corporation


                                      By:_____/s/_____
                                      Wesley M. Lowe
                                      Attorneys for Plaintiff
                                      SUSAN ENGLISH

1  Dated: March 14, 2006

MANATT, PHELPS & PHILLIPS, LLP

By: _____/s/_____
Becky J. Belke
Attorneys for Defendant
RELIASTAR LIFE INSURANCE COMPANY

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 14, 2006         By: _____
Judge Maria-Elena James

G:\Main Group\Clients\English\Pleadings\Stip.Cont.CMC.wpd